IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MAREESE ROSE**                                                     **PLAINTIFF**

**VS.**                                        **CAUSE NO.: 3:19-cv-215-HTW-LGI**

**HINDS COUNTY SHERIFF
DEPARTMENT, in his official capacity as
Sheriff of the Hinds Sheriff
Department, OFFICER JOHN DOE, in
Their individual and official capacity as
Police officers for Hinds County**                      **DEFENDANTS**

## ORDER OF DISMISSAL

THIS CAUSE came to be heard on an *ore tenus* motion that this matter be dismissed with prejudice and the Court, having considered the same, and it being made known that Plaintiff failed to file an Amended Complaint in the required time period as ordered by the Court [*CM/ECF Doc. No.* 25][1], finds that said Motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause is hereby dismissed without prejudice and each party shall bear their own costs.

SO ORDERED, THIS the __4th__ day of March, 2021.

*/s/ Henry T. Wingate*
UNITED STATES DISTRICT JUDGE

---

[1] This Court, on February 11, 2021, granted Plaintiff seven (7) days to file his Amended Complaint, naming Hinds County, Mississippi as the proper party defendant in this matter.